**FOR PUBLICATION**

```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |  |
|---|---|---|
| RONALD MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2008-109 |
| | ) | |
| BANCO POPULAR DE PUERTO RICO, | ) | |
| | ) | |
| Defendant. | ) | |

**ATTORNEYS:**

**James M. Derr, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Ashlee M. Gray, Esq.**
St. Thomas, U.S.V.I.
    *For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

   Before the Court is the motion of Ronald Martin ("Martin") for summary judgment on his complaint against Banco Popular de Puerto Rico ("Banco Popular"). Additionally, Banco Popular has filed a cross-motion for summary judgment on its counterclaim against Martin. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

   **ORDERED** that Martin's motion for summary judgment is **GRANTED;** it is further

*Martin v. Banco Popular de Puerto Rico*
Civil No. 2008-109
Order
Page 2

**ORDERED** that the September 12, 2003, Contract of Sale (the "Contract") for the condominium unit described as Apartment No. 302E St. Maarten Building, Sapphire Hill Village Condominium, Parcel No. 16-1-1A Estate Smith Bay, Nos 1, 2, and 3 East End Quarter, St. Thomas, U.S. Virgin Islands (the "Condominium") shall be **SPECIFICALLY PERFORMED;** and it is further

**ORDERED** that Banco Popular's cross-motion for summary judgment is **DENIED.**

S\_____
**CURTIS V. GÓMEZ**
**Chief Judge**