**FOR PUBLICATION**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| RONALD MARTIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 2008-109 |
| BANCO POPULAR DE PUERTO RICO, | ) ) ) | |
| Defendant. | ) ) | |

ATTORNEYS:

**James M. Derr, Esq.**
St. Thomas, U.S.V.I.
  *For the plaintiff,*

**Ashlee M. Gray, Esq.**
St. Thomas, U.S.V.I.
  *For the defendant.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of Banco Popular de Puerto Rico ("Banco Popular") for a stay pending appeal. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion is **GRANTED;** and it is further

**ORDERED** that this Court's May 20, 2009, Order is **STAYED** pending resolution of Banco Popular's appeal in the United States Court of Appeals for the Third Circuit.

                S_____
                **Curtis V. Gómez**
                **Chief Judge**